18463. MILLER *v.* BALKCOM, Warden.

HEAD, Justice. The facts of this case are identical with those in the case of *Jackson* v. *Balkcom,* ante, and the ruling in that case is controlling here.

*Judgment affirmed. All the Justices concur.*

ARGUED JANUARY 12, 1954—DECIDED FEBRUARY 9, 1954—REHEARING DENIED FEBRUARY 24, 1954.

*Frank A. Dilworth, III,* for plaintiff in error.

*Robert H. Hall, Assistant Attorney-General, J. T. Grice, Deputy Assistant Attorney-General,* contra.